IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr334-MHT |
| | ) | (WO) |
| ROBERT WALKER | ) | |

OPINION and ORDER

This case is before the court on defendant Robert Walker's motion for extension of time to file a notice of appeal. For the reasons that follow, the motion will be denied.

Federal Rule of Appellate Procedure 4(b)(4) authorizes the court to extend the time to file a notice of appeal in a criminal case, "[u]pon a finding of excusable neglect or good cause ... for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." The court may do so "before or after the time has expired, [and] with or without motion and notice." Fed. R. App. Pro. 4(b)(4).

Walker seeks to appeal the judgment entered against him in this case. The time for filing a notice of appeal

has expired.  Under Federal Rule of Appellate Procedure 4(b)(1)(A)(i), Walker had 14 days from the entry of judgment to file a notice of appeal.  The judgment was entered on February 10, 2015; accordingly, Walker's time to file a notice of appeal expired on February 24, 2015.

Under Federal Rule of Appellate Procedure 4(b)(4), this court, upon a finding of excusable neglect or good cause, could extend the time for filing a notice of appeal by a period not to exceed 30 days from the expiration of the time otherwise prescribed by Rule 4(b).  In Walker's case, this would have allowed the court to extend the deadline, at most, to March 26, 2015 -- 30 days from February 24, 2015.  However, Walker did not file his motion for an extension of time until June 8, 2015, when it was too late to benefit from that potential extension.  As he would not obtain any benefit from such an extension now, his motion is moot.

***

**Accordingly, it is ORDERED that defendant Robert Walker's motion for extension of time to file notice of appeal (doc. no. 171) is denied.**

**DONE, this the 23rd day of July, 2015.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**