IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr334-MHT |
| | ) | (WO) |
| ROBERT WALKER | ) | |

ORDER

Upon consideration of defendant Robert Walker's motion for reduction of sentence (doc. no. 214), and the government's response (doc. no. 216), it is ORDERED that the motion is denied.

Defendant Walker is not entitled to resentencing. Under 18 U.S.C. § 3582(c)(2), courts may reduce a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission... *if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.*"  (Emphasis added.)  While Walker's sentence was based in part on sentencing

**guidelines that were subsequently amended by Amendments 791 & 792, U.S. Sentencing Guidelines Manual (U.S. Sentencing Comm'n, Supp. to Appendix C 2015), the Sentencing Commission's applicable policy statements did not make those amendments retroactive.  See U.S.S.G. § 1B.10(a)(1) & (2)(A) (approving sentence reductions only where sentences are changed by the amendments listed in U.S.S.G. § 1B.10(d)); § 1B.10(d) (listing retroactive amendments, but not including amendments 791 & 792).**

**DONE, this the 1st day of September, 2016.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**